UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LINDA ROZENFELD,

                Plaintiff,                    23 **CIVIL** 7028 (NSR)

    -against-                          **JUDGMENT**

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 06, 2025, Defendant's motion for summary judgment is GRANTED. Plaintiff's cross motion for summary judgement is DENIED. Plaintiff's motion to amend the pleadings is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      February 06, 2025

                                              **TAMMI M. HELLWIG**
                                                  Clerk of Court

                          BY:
                                                  **Deputy Clerk**